424 A.2d 545

Commonwealth ex rel. Mascaro v. Mascaro, Appellant.

Argued June 21, 1979. Joseph Hylan, for appellant; Scott Townsley, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.